**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | **Case No. 2:18-md-2846**<br><br>**Judge Edmund A. Sargus, Jr.**<br>**Magistrate Judge Kimberly A. Jolson** |

**This document relates to:**
*Tipsword v. Davol, Inc., et al.*
**Case No. 2:22-cv-105**

## ORDER

On December 16, 2021, Plaintiff David Tipsword filed a complaint in this multidistrict litigation ("MDL") (Case No. 21-cv-5821, ECF No. 1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Bard Soft Mesh and a Ventrio ST hernia mesh patch, products manufactured by Defendants. (*Id.*) On January 12, 2022, through different counsel, Plaintiff filed another complaint in this MDL also alleging injuries caused by the Ventrio ST, and alleging injuries caused by the Ventralex Hernia Patch, another product manufactured by Defendants. (ECF No. 1.) On April 13, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 21-cv-5821. (ECF No. 4.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 4) is **GRANTED** and this case is **DISMISSED**.

    **IT IS SO ORDERED.**

**5/15/2023**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**